# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re:  Hattie M. Gentry

    Debtor(s)

Case No. 12-23551

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☑ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 76.50 on or before _July 11, 2012_

$ 76.50 on or before _August 13, 2012_

$ 76.50 on or before _September 11, 2012_

$ 76.50 on or before _October 11, 2012_

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____

                               (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: _6/12/12_

BY THE COURT:

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| **Hattie M. Gentry,** | ) | **No. 12 B 23551** |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **June** 12, 2012 she caused to be served via

First Class Mail the attached Order on Debtor's Application for Waiver of Chapter 7 Filing Fee

to the person listed below.

**Hattie M. Gentry**
**4101 West 21st Place**
**Chicago, IL   60623**